# United States District Court

**Southern** DISTRICT OF **Florida**

UNITED STATES OF AMERICA
V.

**JESUS JESSE VEGA**

## WARRANT FOR ARREST

CASE NUMBER **00 - 4060**

MAGISTRATE JUDGE
SNOW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JESUS JESSE VEGA**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
**ARMED ROBBERY**

in violation of Title **18** United States Code, Section(s) **371, 1951(a)de Section**

**Clarence Maddox**
Name of Issuing Officer

**Clerk of the Court**
Title of Issuing Officer

Signature of Issuing officer

**23 March 2000  Ft Lauderdale, Florida**
Date and Location

Bail fixed at $ **Pre-Trial Detention** Requested

by **Chief Magistrate Judge Lurana S. Snow**
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: __JESUS JESSE VEGA__

ALIAS: _____

LAST KNOWN RESIDENCE: __931 SW 87th Avenue, Pembroke Pies, Florida__

LAST KNOWN EMPLOYMENT: __Unknown__

PLACE OF BIRTH: __Puerto Rico__

DATE OF BIRTH: __08-19-1957__

SOCIAL SECURITY NUMBER: __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__

HEIGHT: __5'10"__      WEIGHT: __180__

SEX: __Female__      RACE: __White__

HAIR: __Black__      EYES: __Brown__

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: __Federal Bureau of Investigation, 16320 NW 2nd Ave., N. Miami Beach, Florida 33169__

INVESTIGATIVE AGENCY AND ADDRESS: __KEYBOARD(Agency)__