UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __00-6060-LSS__

UNITED STATES OF AMERICA,

    Plaintiff,

RECEIVED & FILED IN OPEN COURT
ON __4-10-00__ AT ___ FLA

v.

    JESUS VEGA
Carlos Juenke, Clerk
United States District Court
Southern District of Florida

    Defendant.

ORDER ON INITIAL APPEARANCE

Language __ENGLISH__

Tape No. __00-6060-LSS  00-023__

AUSA __Van Vliet / Rice__

Agent _____

The above-named defendant having been arrested on __4-8-00__ _____ having
appeared before the court for initial appearance on __4-10-00__ _____
and proceedings having been held in accordance with F.R.C.P. 5 or 40(a), it is thereupon
ORDERED as follows:

1. *Will hire* John Adair *(or will get a Fed. atty)* appeared as permanent/temporary counsel of record.

    Address: _____

    Zip Code _____ Telephone: __954-468-1479__

2. _____ _____ appointed as permanent counsel of record.

    Address: _____

    Zip Code _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on
_____ _____, 19___.

4. Arraignment/Preliminary Removal/Identity Hearing is set for __4-20-00  10:00 am__

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____
_____

    A detention hearing, pursuant to 18 U.S.C. 3142(f), is set for _____, 19___.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond,
pursuant to 18 U.S.C. 3142:

    ~~PTD Requested~~ $ 75,000 - 10% cash + $100,000 PSB
    *Bond hrg set 4-12-00 at 11:00am*

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in
addition, the defendant must comply with the special conditions checked below:

___ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

___ b. Report to Pretrial Services as follows _____ times a week by phone _____ times a week in
person; other _____

___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances
prohibited by law.

___ d. Maintain or actively seek full-time gainful employment.

___ e. Maintain or begin an educational program.

    f. Avoid all contact with victims of or witnesses to the crimes charged.

___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

___ h. Comply with the following curfew: _____

SD FAO
Rev. 12/95

_____ i. Comply with the following additional special conditions of this bond: _____

_____ _____

_____ ____    _____ _____   _____ _____

This bond was set    At Arrest    _____

                     On Warrant   _____

                     After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____   ___  _____  _____

_____

_____ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir.
1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon
notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions
set forth herein or those later ordered by the court. the defendant is subject to arrest and revocation of
release and to various civil and criminal sanctions for any violation of those conditions. These various
sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been
executed in accordance with this or subsequent court order.

DONE AND ORDERED at Ft. Lauderdale this 10 day of April .20 00 .

UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U S Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services

SD F M-4
Rev 01 00