| | |
|---|---|
| DEFT: Jesus Vega (J)# | CASE NO: 00-4060-LSS |
| AUSA: Teresa Van Vliet | ATTNY: |
| AGENT: | VIOL: |
| PROCEEDING: Initial Appearance | BOND REC: PTD  75,000 -10%  /  100,000 PSB |
| BOND HEARING HELD - yes (no) | COUNSEL APPOINTED: |
| BOND SET @ | |

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) _____ Halfway House _____
_____ Electronic Monitoring _____

FILED by ___ D.C.
APR 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Handwritten notes:
- ✗ advised of charges
- ✗ will hire an atty
- John H. Adair  954-468-1479
- will get ret.
- atty Michael Gottlieb
- Bond hrg set.

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: Bond | | | |
| PTD/BOND HEARING: | 4-12-00 | 11:00am | BSS |
| PRELIM/ARRAIGN. OR REMOVAL: | 4-20-00 | 11:00am | BSS |
| STATUS CONFERENCE: | | | |
| DATE: 4-10-00 | TIME: 11:00am | TAPE # 00-623 | PG # 4 |

452-665