# United States District Court

**Southern** DISTRICT OF **Florida**

UNITED STATES OF AMERICA

V.

**JESUS JESSE VEGA**

**WARRANT FOR ARREST**

CASE NUMBER **00-1060**

MAGISTRATE JUDGE SNOW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **JESUS JESSE VEGA**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
**ARMED ROBBERY**

in violation of Title **18** United States Code, Section(s)   **371, 1951(a)de Section**

| | |
|---|---|
| **Clarence Maddox** | **Clerk of the Court** |
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | **23 March 2000   Ft Lauderdale, Florida** |
| Signature of Issuing officer | Date and Location |
| Bail fixed at $ __Pre-Trial Detention__ *Requested* | by *(signature)* Chief Magistrate Judge Lurana S. Snow |
| | Name of Judicial Officer |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

Detainer pick up from BSO

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/23/2000 | James A. Tassone, US Marshal | *(signature)* |
| DATE OF ARREST | | Fred Depompa, SDUSM |
| 4/10/2000 | FOR:   FBI | |



**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: ___JESUS JESSE VEGA___

ALIAS: _____

LAST KNOWN RESIDENCE: ___931 SW 87th Avenue, Pembroke Pies, Florida___

LAST KNOWN EMPLOYMENT: _____Unknown_____

PLACE OF BIRTH: ___Puerto RIco___

DATE OF BIRTH: _____08-19-1957_____

SOCIAL SECURITY NUMBER: ____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____

HEIGHT: _____5'10"_____    WEIGHT: _____180_____

SEX: __Female__    RACE: ___White___

HAIR: ___Black___    EYES: _____Brown_____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _Federal Bureau of Investigation, 16320 NW 2nd Ave., N. Miami Beach, Florida 33169_

INVESTIGATIVE AGENCY AND ADDRESS: ____KEYBOARD(Agency)____