| | | | |
|---|---|---|---|
| DEFT: | Jesus Vega (J)# | CASE NO: | 00-4060-LSS |
| AUSA: | Teresa Van Vliet *present* | ATTNY: | John Gottlieb |
| AGENT: | | VIOL: | |
| PROCEEDING: | Bond Hearing | BOND REC: | 75,000 – 10% PSB / 100,000 property |

BOND HEARING HELD – (yes)/no    COUNSEL APPOINTED: _____ 2 property

BOND SET @ $75,000 – 10% Cash + 100,000 (stipulated) other PSB

CO-SIGNATURES: sister + wife

SPECIAL CONDITIONS: tri Friday

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents. — surr passport by Friday
4) Rpt to PTS as directed / x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms. — surr guns to another by Friday
10) Curfew:
11) Travel extended to: SD/FL.
12) Halfway House
    Electronic Monitoring

Reside @ current address, no illegal drugs or excessive alcohol

FILED by ___ D.C.
APR 12 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:
PID/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:  4-27-00   11:00am   Snow
STATUS CONFERENCE:

DATE: 4-12-00    TIME: 11:00am    TAPE # 00-026    PG # 6
350 – 800

2/pr