UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 00-4060-CR
MAGISTRATE: SNOW



UNITED STATES OF AMERICA,

    Plaintiffs,

vs.

JESUS JESSE VEGA

    Defendant.

_____/

**NOTICE OF PERMANENT APPEARANCE
AS COUNSEL OF RECORD FOR
TRIAL LEVEL ONLY**

COMES NOW JOHN ADAIR, ESQUIRE, and files this appearance as counsel of record for trial level only, for the above-named Defendant. Counsel agrees to represent the Defendant for all proceedings arising out of the transaction with which the Defendant is presently charged in the United States District Court in and for the Southern District of Florida.

COUNSEL hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rules and with the Special Rules Governing the Admission and Practice of Attorneys.

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

I HEREBY CERTIFY that a true copy of the foregoing Notice of Permanent Appearance as Counsel of Record for Trial Level Only has been delivered, by hand, to the Office of the United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301, on this _ 12th_ day of April, 2000.

John Adair, Esquire
1119 SE Third Avenue
Ft. Lauderdale, Florida 33316
Phone: 954-468-1479
Fax: 954-462-7652
Florida Bar No.: 946310