UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-4060-Snow

UNITED STATES OF AMERICA

v.

JESUS VEGA

## WAIVER OF TIMELY PRELIMINARY EXAMINATION

The defendant having been advised of the right to a preliminary hearing or examination as to the probable cause, and the defendant having refused and waived a timely preliminary examination,

The defendant now signs this Waiver of Timely Preliminary Examination.

DATED: _April 27, 2000_    _____
                                  Defendant

## MAGISTRATE'S CERTIFICATE

The U. S. Magistrate Judge certifies that the defendant, after being advised of the right to a preliminary examination within _10_ days from the defendant's initial appearance has stated he refused and waived such timely preliminary examination and signed the foregoing Waiver of Timely Preliminary Examination.

IT IS ORDERED that a preliminary examination in the above-entitled matter is refused and waived, and the defendant is bound over for proceedings in the U. S. District Court until _May 11, 2000 @ 11:00 before B.55_

DATED: 4/27/00    _Lurana S. Snow_
                        LURANA S. SNOW
                        CHIEF UNITED STATES MAGISTRATE JUDGE