COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JESUS VEGA (✓) CASE NO: 00-4060-SNOW

AUSA: TERESA VAN VLIET / mitrani ATTY: MICHAEL GOTTLIEB -pres

AGENT: _____ VIOL: _____

PROCEEDING ARRAIGNMENT    RECOMMENDED BOND _____

BOND HEARING HELD - yes/no    COUNSEL APPOINTED _____

_____ BOND SET @ _____

_____ SPECIAL CONDITIONS: _____

1) To be cosigned by: _____
2) Rpt to PTS _____ x's a wk/month by phone; _____ x's a wk/month in person
3) Travel extended to: _____

Waiver of timely pulim executed

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: _____
                           PTD/BOND HRG: _____
                           PRELIM/ARRAIGN: 5-11 / / BSS
                           REMOVAL HRG: _____
                           STATUS CONF: _____

Date: 4-27-00   Time 11:00    FTL/LSS TAPE #00- 077   Begin: 604   End: 700

4/35