| | | | |
|---|---|---|---|
| DEFT: | Jesus Vega (B) ∆ - not present | CASE NO: | 00-4060-Snow |
| AUSA: | Theresa Van Vleit | ATTNY: | Michael Gottlieb _present_ |
| AGENT: | | VIOL: | |
| PROCEEDING: | Prelim/Arraignment | BOND REC: | |

BOND HEARING HELD - yes/no   COUNSEL APPOINTED: ____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
MAY 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House _____
    Electronic Monitoring _____

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:

INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: 5-17-00   9:00am   BSS
STATUS CONFERENCE: _____

DATE: 5-11-00   TIME: 11:00am   TAPE #: 00-035   PG #: 5

676-698

3991