UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4060-Snow

UNITED STATES OF AMERICA

v.

Jesus Vega

## WAIVER OF TIMELY PRELIMINARY EXAMINATION

The defendant having been advised of the right to a timely preliminary hearing or examination as to probable cause, and the defendant having refused and waived a timely preliminary examination,

The defendant now signs this Waiver of a Timely Preliminary Examination.

DATED: May 12, 2000        X _____
                                    DEFENDANT

### MAGISTRATE'S CERTIFICATE

The U.S. Magistrate certifies that the defendant, after being advised of the right to a preliminary examination within  20  days from the defendant's initial appearance has stated he/she refused and waived such timely preliminary examination and signed the foregoing Waiver of Timely Preliminary Examination.

IT IS ORDERED that a timely preliminary examination in the above-entitled matter is refused and waived, and ~~the defendant is bound over for proceedings in the U.S. District Court.~~ Matter reset to 5/25/00 at 9:30am.

DATED: May 12, 2000        _____
                                    BARRY S. SELTZER
                                    UNITED STATES MAGISTRATE JUDGE