DEFT: Jesus Vega (B)   CASE NO: 00-4060-Snow
AUSA: Teresa Van Vleit /Kaplan/   ATTNY: Michael Gottlieb present.
AGENT:   VIOL:
PROCEEDING: Prelim/Arraignment   BOND REC:
BOND HEARING HELD - yes/no   COUNSEL APPOINTED:
___ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

FILED by ___ D.C.
MAY 12 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
___ Electronic Monitoring

— waives timely prelim/arraign.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL: 5-25-00   9:30am   BSS
STATUS CONFERENCE:
DATE: 5-12-00   TIME: 9:30am   TAPE # 00-036   PG # 2
3268-3390