# COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JESUS VEGA (B)    CASE NO: 00-6137-CR-DIMITROULEAS
AUSA: THERESA VAN VLIET  ATTY: MICHAEL GOTTLIEB
AGENT:                           VIOL:
PROCEEDING ARRAIGNMENT           RECOMMENDED BOND
BOND HEARING HELD - yes/no       COUNSEL APPOINTED
___ BOND SET @
___ SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

Reading of Indictment Waived
entered
...

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
                          PTD/BOND HRG:
                          PRELIM/ARRAIGN:
                          REMOVAL HRG:
                          STATUS CONF:    JUNE 9    11    SELTZER

Date: 5-25-00   Time 9:30   FTL/LSS TAPE #00- 026   Begin: 71   End: 138

