UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6137-CR-DIMITROULEAS

FILED by [signature] D.C.
MAY 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

vs

JESUS VEGA

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MAY 25, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: ON BOND FORM

Telephone: ______

DEFENSE COUNSEL: Name: MICHAEL GOTTLIEB, ESQ.

Address: ______

Telephone: ______

BOND SET/CONTINUED: $ CON'T AS SET

Bond hearing held: yes______ no_____ Bond hearing set for______

Dated this 25TH day of MAY ,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: [signature: Penny Butler]
Deputy Clerk

Tape No. 00-026

cc: Copy for Judge
U. S. Attorney

