DEFT: Jesus Vega (no deft)   CASE NO: 00-6137-CR-Dimitrouleas
AUSA: Theresa Van Vliet by Lynn Rosenthal   ATTNY: Michael Gottlieb
AGENT: ___   VIOL: ___
PROCEEDING: Status Conference   BOND REC: ___
FILED by ___ D.C.
BOND HEARING HELD - yes/no   COUNSEL APPOINTED: ___
JUN 9 2000
___ BOND SET @ ___
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.
CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House
___ Electronic Monitoring

Parties will discuss
discovery.
3 Day Trial

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: ___
DATE: 6-9-00   TIME: 11:00 a.m.   TAPE # 00-047   PG #