UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6137-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

JESUS VEGA,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on June 9, 2000. At that conference, the parties informed the Court as follows:

1.    The Government indicated that it has complied with its obligations under the Standing Discovery Order; transcripts will be delivered to defense counsel within the next few days. The Government further represented that no motions are currently pending. The Government is ready to proceed and anticipates that this matter will require three days to try.

2.    Defense counsel informed the Court that he received certain audio tapes before this case was indicted but that many of the audio tapes are inaudible or blank. He

1



will contact the prosecutor assigned to this case to resolve the remaining discovery issues.

DATED at Fort Lauderdale, Florida this ____ day of June 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Theresa Van Vliet, Esquire
Assistant United States Attorney

Michael Gottleib, Esquire
1311 SE 2nd Avenue
Fort Lauderdale, Florida 33316-1809
Attorney for Defendant