UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 00-6137-CR-DIMITROULEAS

UNITED STATES OF AMERICA
    Plaintiffs,

vs.

ALIPIO HERRERA
LIDIA HERRERA
JESUS VEGA
    Defendant (s)
_____/



## MOTION FOR CONTINUANCE

COMES NOW the Defendant, JESUS VEGA, by and through the undersigned counsel, pursuant to Federal Rules of Criminal Procedure and moves this Honorable Court to grant this Motion and enter an Order continuing the Trial in the above-styled cause and as grounds therefore would allege as follows:

1. That the Defendant, JESUS VEGA, is presently scheduled for a Two (2) week Trial calender beginning Monday, June 26, 2000.

2. That, as of the date of this motion, discovery has not been completed in the case as it pertains to JESUS VEGA.

3. That the undersigned co-counsel for the Defendant, JESUS VEGA, will be out of town on a pre-planned, pre-paid vacation during the first week of the trial calender.

## 10-G CERTIFICATE

4. That undersigned co-counsel has spoken to the Assistant United States Attorney, Theresa Van Vliet, and that she has no objection to the request for continuance.



WHEREFORE the Defendant, JESUS VEGA, prays this Honorable Court to grant this Motion and enter an Order continuing the Trial Calender and entering an Order continuing the Trial in the above-styled cause.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to Theresa Van Vliet, Esquire, Office of the United States Attorney, 299 East Broward Blvd., Ft. Lauderdale, Florida 33301 on this ___15___ day of June, 2000.

Respectfully submitted,

JOHN H. ADAIR III, P.A.
Florida Bar No. 946310
1119 S.E. 3rd. Ave.
Fort Lauderdale, FL 33316
(954)468-1479

By: _____
JOHN H. ADAIR III, Esq.