UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO. 00-6137-CR-DIMITROULEAS

Plaintiff,

vs.

ALIPIO HERRERA and
JESUS VEGA,

Defendant(s).
_____/



## ORDER ON MOTION TO CONTINUE TRIAL DATE

THIS CAUSE having come before the Court on Defendant's June 14, 2000 Agreed Motion To Continue Trial Date [DE-62] and Vega's June 15, 2000 Motion For Continuance [DE-63], the Court having been otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Motions are Denied without prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of June, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David Tarlow, Esquire
801 Brickell Avenue, #1901
Miami, FL 33131

Theresa Van Vliet, AUSA

John H. Adair, Esquire
1119 S.E. Third Avenue
Ft. Lauderdale, FL 33316

