UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 00-6137-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiffs,

vs.

JESUS JESSE VEGA,

    Defendant.
_____/

## MOTION TO SEVER

COMES NOW the Defendant, JESUS JESSE VEGA, by and through the undersigned counsel, pursuant to Federal Rules of Criminal Procedure Rule 14 and moves this Honorable Court to grant this Motion and enter an Order Severing the Defendants in the above-styled cause and as grounds therefore would allege as follows:

1. That the Defendant is presently charged by an Indictment with conspiracy to commit armed robbery.

2. That the co-defendant, Alipio Herrera, has made statements that implicate the Defendant as a co-conspirator.

3. That the Defendant does not anticipate that Alipio Herrera will testify, if the two are tried together.

4. That the statements that may be admissible against Herrera would not be admissible against the Defendant unless Herrera testified in the Defendant's trial.

5. That the introduction of these statements will seriously impact the Defendant's ability to



receive a fair trial and violates the right of confrontation. Bruton v. United States, 391 U.S. 123, 88 S.Ct. 1620, 20 L.Ed.2d 476 (1968).

## 10-G CERTIFICATE

6    That the undersigned counsel has spoken with Theresa Van Vliet, Assistant United States Attorney, who has indicated that she does have an objection to the instant motion.

WHEREFORE, the Defendant, JESUS JESSE VEGA, prays this Honorable Court to grant this Motion and enter an Order Severing the trial of Jesus Jesse Vega from the trial of Alipio Herrera.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to Theresa Van Vliet, Esquire, Office of the United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301, Robert Berube, Assistant Federal Public Defender, 101 NE 3rd Avenue, #202, Fort Lauderdale, Florida 33301-1100 and to David Tarlow, Esquire, Spencer & Klein, P.A., 801 Brickell Avenue, Suite 1901, Miami Florida, Florida 33131 on this $27$ day of June, 2000.

Michael A. Gottlieb, Esquire
Michael A. Gottlieb, P.A.
1311 SE 2nd Avenue
Ft. Lauderdale, Florida 33316
Phone: 954-462-1005
Fax: 954-463-9869
Florida Bar No.: 981133
E-mail: crimlaw@gate.net