UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JESUS JESSE VEGA,

Defendant.
_____/

CASE NO. 00-6137-CR-DIMITROULEAS

### **O R D E R**

THIS CAUSE having been heard upon Defendant's June 27, 2000 Motion to Sever, the Court defers ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 27 day of June, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Michael Gottlieb, Esquire
1311 S.E. 2nd Avenue
Ft. Lauderdale, FL 33316

Theresa Van Vliet, AUSA

