UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6137-CR-DIMITROULEAS

    Plaintiff,

vs.

JESUS JESSE VEGA,

    Defendant.
_____/

**ORDER**

THIS CAUSE having been heard upon Defendant's June 27, 2000 Motion to Sever [DE-69], and the Court having deferred ruling for five (5) days to await a response from the Government, and there being no response, the Motion To Sever is GRANTED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___7___ day of July, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Michael Gottlieb, Esquire
1311 S.E. 2nd Avenue
Ft. Lauderdale, FL 33316

Theresa Van Vliet, AUSA

