**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6137-CR-WPD   DATE: 7/14/00

COURTROOM CLERK: Deloris McIntosh   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Alipio Herrera, Jesus Vega

U.S. ATTORNEY: Theresa Van Vliet   DEFT. COUNSEL: David Tarlow, Michael Gotlieb

REASON FOR HEARING: Calendar Call

RESULT OF HEARING: Ready for trial. 3 to 4 days

JUDGMENT: _____

CASE CONTINUED TO: 7/17/00   TIME: 9:00   FOR: Jury Selection/Trial

MISC: _____

