## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6137-CR-WPD    DATE: 7/17/00

COURTROOM CLERK: Deloris McIntosh    COURT REPORTER: ~~Bob Ryckoff~~ Anita LaRocca

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Jesus Vega

U.S. ATTORNEY: Theresa Van Vliet    DEFT. COUNSEL: Michael Gottlieb

REASON FOR HEARING: Jury Selection / Trial

RESULT OF HEARING: Opening Statements

JUDGMENT: _____

CASE CONTINUED TO: 7/18/00    TIME: 9:15    FOR: Jury Trial

MISC: _____

