**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6137-CR-WPD   DATE: 7/18/00   Anita LaRocca

COURTROOM CLERK: Deloris McIntosh    COURT REPORTER: ~~Bob Ryckoff~~

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Jesus Vega

U.S. ATTORNEY: Theresa Van Vliet    DEFT. COUNSEL: Michael Gottlieb

REASON FOR HEARING: Jury Trial - Day 2

RESULT OF HEARING: _____

JUDGMENT: _____

CASE CONTINUED TO: 7/19/00    TIME: 9:00    FOR: Jury Trial

MISC: _____

