REC'D by ____
DATE
JUL 21 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

cr-06137-WPD  Document 84  Entered on FLSD Docket 07/21/2000  P

# CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### **HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6137-CR-WPD   DATE: 7/19/00

COURTROOM CLERK: Deloris McIntosh   COURT REPORTER: ~~Bob Ryckoff~~ Anita LaRocca

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Jesus Vega

U.S. ATTORNEY: Theresa Van Vliet   DEFT. COUNSEL: Michael Gotlieb

REASON FOR HEARING: Jury Trial - Day 3

RESULT OF HEARING: _____

JUDGMENT: _____

CASE CONTINUED TO: 7/20/00   TIME: 11:30   FOR: Jury Trial

MISC: _____

