## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6137-CR-WPD    DATE: 7/20/00

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: ~~Bob Ryckoff~~ Anita LaRocca

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Jesus Vega

U.S. ATTORNEY: Theresa Van Vliet   DEFT. COUNSEL: Michael Gotlieb

REASON FOR HEARING: Jury Trial - Day 4

RESULT OF HEARING: Closing Arguements / Jury Deliberation

JUDGMENT: _____

CASE CONTINUED TO: 9/21/00   TIME: 8:15   FOR: Jury Deliberat

MISC: _____

