**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6137-CR-WPD  DATE: 7/21/00

COURTROOM CLERK: ~~Karen A. Carlton~~ Deloris McIntosh  COURT REPORTER: ~~Bob Ryckoff~~ Anita ~~Deloris McIntosh~~

PROBATION: _____  INTERPRETER: _____

UNITED STATES OF AMERICA  VS.  Jesus Vega (B)

U.S. ATTORNEY: Theresa Van Vliet  DEFT. COUNSEL: Michael Gotlieb

REASON FOR HEARING: Jury Deliberation

RESULT OF HEARING: Deft found guilt as to Counts 1 & 2

JUDGMENT: _____

CASE CONTINUED TO: 9/29/00  TIME: 11:30  FOR: Sentencing

MISC: _____

