# United States District Court

**DISTRICT OF** Southern / Florida

USA v. Jesus Vega

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6137-CR-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Theresa Van Vliet | Michael Gottlieb, John D. Co. |
| TRIAL DATES | COURT REPORTER | COURTROOM DEPUTY |
| 7/17, 7/18, 7/19, 7/20 | Anita LaRocca | Deloris McIntosh |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 7/17/00 | | | Agent Linda Dees |
| ✓ | | 7/17/00 | | | Agent Antonio Pineda |
| ✓ | | 7/18/00 | | | Arturo Abascal |
| ✓ | | 7/19/00 | | | Giovanni Barone |
| ✓ | | 7/19/00 | | | William Piroso |
| ✓ | | 7/19/00 | | | Lidia Herrera |
| ✓ | | 7/19/00 | | | Agent Antonio Pineda |
| ✗ | ✓ | 7/19/00 | | | Jesus Vega |
| | | | | | (See attached exhibit list) |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of 1 Pages