

00-6137-CR-WPD

Jury Notes
oo to
HERRERA, Alipio
VEGA, Jesus Jesse



What is the name of
The Lexus Dealers I
work for JMOA.

Anthony J Gintoli    7/17/2000
Anthony J Gintoli

00-6137-CR-(WPD)
Herrera

HERRERA

July 18, 2000

TO whom IT MAY concern;

During the course of the opening remarks yesterday I realized that it is a possibly that I might be slightly acquainted with one of the witnesses. It was stated that Intercept Investigations has an employee that will be a witness. In my employment as an auto mechanic, Intercept has brought in vehicles many times over the past several years for repairs. If this is a concern, let me know.

Robert Sark

Robeat SACK #8

I NOW
1AST WITNESS
AS CUSTOMER
only

#00-6137-CR-WPD
Jesus Vega

00-6137-cr WPD
Jesus Vega

Judge

CMAy we please
have Telephone Call booths
For All Twelve Jury
members.

Mike
Shunt

Foreman
July 20
14:06

00-6137-CR-WPD
Jesus VEGA

Your honor!

WE would like TO
Come back Tommorow. WE
STill have more To Discuss
And some menbers of The
jury must go home soon.

Mike Shorts
foreman
JUly 20
Time 5:11

We have
reached a
Verdict.

Cheryl Landus   7/20/00

HERRERA
00-6137-CR WPD

Your Honor

We Have Agreed on
The VERDicT.

Foreman
Mih ll
July 21, 2000
Time 11:05

00-6137-CR
Jesus Vega