UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6137-CR-DIMITROULEAS

    Plaintiff,

vs.  **VERDICT**

JESUS VEGA,

    Defendant.

_____/

WE, THE JURY, FIND: the Defendant, JESUS VEGA,

As to Count I      _Guilty_
                GUILTY/NOT GUILTY

As to Count II     _Guilty_
                GUILTY/NOT GUILTY

as charged in the Indictment.

So say we all.

_[signature]_            _7/21/00_
FOREPERSON            DATE

