# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA
Plaintiff(s)

Case No. 00-6137-CR-WPD

vs.

Alipio Herrera, Jesus Vega
Defendant(s)

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☑ Guns, jewelry, currency, drugs, explosives
   Item Nos. Gx 20

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:   ☐ Miami   ☐ Ft. Lauderdale   ☐ West Palm Beach
   Item Nos. _____

☑ Other (Explain): photos, documents, physical evidence
   Gx 17, 18, 19, 20, 21, 22, 23, 25, 26, 27

☐ Attachments
   (Exhibit List, Order of Court)

SIGNATURE: Theresa MB Van Vliet
PRINT NAME: Theresa M.B. Van Vliet
AGENCY OF FIRM: U.S Attorney's Office
ADDRESS: 500 E. Broward Blvd.
         Ft. Laud. FL
TELEPHONE: 954. 356.7255
DATE: 7/21/00

EXHIBITS RELEASED
BY: _____
   (Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record