UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 00-6137-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiffs,

vs.                                                      **MOTION FOR NEW TRIAL**

JESUS JESSE VEGA,

    Defendant.
_____/

    COMES NOW the Defendant, JESUS JESSE VEGA, by and through the undersigned counsel, pursuant to Federal Rules of Criminal Procedure Rule 33 and moves this Honorable Court to grant this Motion and A New Trial and as grounds therefore would allege as follows:

1. That the Court committed reversible error by allowing the government to introduce, over defense objection testimony and statements of co-conspirators.

2. That said testimony and statements were admitted prior to the introduction of any independent evidence of the Defendant's complicity in the conspiracy.

3. That the only evidence of the Defendant's participation was an alleged conversation between the Defendant and Lidia Herrera, a co-conspirator.

4. That Mrs. Herrera testified that the Defendant made a statement that it would be easy to commit a robbery of his employer.

5. There was no further testimony that the other participants to the conversation agreed with the Defendant or that this statement was made during the commission of the conspiracy or was in furtherance thereof.



6. That said testimony was not "substantial independent evidence" of the Defendant's involvement in the conspiracy, therefore, the case should not have been submitted to the jury. United States v. James, 590 F.2d 575 (C.A.5(Ga.) 1979).

7. Therefore, the Defendant's admission should not have been admitted into evidence, nor should the controlled phone call to the Defendant have been admitted.

8. That under James, and Rule 33 the interests of justice require that this Honorable Court grant a new trial.

### 10-G CERTIFICATE

That the undersigned counsel has spoken with Theresa Van Vliet, Assistant United States Attorney, who has indicated that she objects to the instant motion.

WHEREFORE, the Defendant, JESUS JESSE VEGA, prays this Honorable Court to grant this Motion for New Trial and vacate the judgment in the above styled cause.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to Theresa Van Vliet, Esquire, Office of the United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301, Robert Berube, Assistant Federal Public Defender, 101 NE 3rd Avenue, #202, Fort Lauderdale, Florida 33301-1100 and to David Tarlow, Esquire, Spencer & Klein, P.A., 801 Brickell Avenue, Suite 1901, Miami Florida, Florida 33131 on this $\overset{\rightharpoonup}{\mathcal{Z}} \mathcal{6}$ day of July, 2000.

Michael A. Gottlieb, Esquire
Michael A. Gottlieb, P.A.
1311 SE 2nd Avenue
Ft. Lauderdale, Florida 33316
Phone: 954-462-1005
Fax: 954-463-9869
Florida Bar No.: 981133
E-mail: crimlaw@gate.net