UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6137-CR-WPD

UNITED STATES OF AMERICA

vs

MOTION FOR DISBURSEMENT OF BOND

JESUS JESSE VEGA,

   Comes now the undersigned and respectfully states to this Honorable Court that the above-named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the defendant's cash bail heretofore posted by CAROL RODRIGUEZ in the amount of $ 7,500.00 plus any accrued interest be refunded to:

_____
(Payee and Mailing address for check)

   The beneficiary's social security or tax identification number is as follows:

CAROL RODRIGUEZ
(Name of Beneficiary)

431 SW 87 AV
(Address for mailing of Form 1099)

PEMBROKE PINES , FL 33025
(City)        (State)    (Zip)

266 70 3409
(SS or Tax Identification)

FILED by _____ D.C.

AUG 21 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Carol Rodriguez
(Petitioner or Attorney)

Consented to by:

_____, Assistant U. S. Attorney

O R D E R

   In consideration of the foregoing motion, it is thereupon ORDERED that the Clerk of this Court do forthwith make the above-mentioned disbursement.
   DONE AND ORDERED at Ft. Lauderdale, Florida, this 21 day of August, 2000.

cc: U. S. Attorney
    Petitioner/Counsel of Record
    Financial Deputy Clerk

ELISABETH



```
Fri Apr 14 09:58:29 2000

UNITED STATES DISTRICT COURT
MIAMI        , FL
Receipt No.   401 519104
Cashier       liz

Check Number: 63-7784/2670 #306163

DO Code    Div No
4600       0

Sub Acct Type Tender      Amount
1:604700  C    2          6000.00
2:604700  C    1          1500.00

Total Amount     $    7500.00

CAROL RODRIGUEZ, 931 SW 87TH AVE, PEMBRO
KE PINES, FL 33025

00-M6-4060/LSS 10% CASH/BD, JESUS VEGA (
SS#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/C RODRIGUEZ)
```

EMBRO

EGA (

```
Fri Apr 14 09:58:29 2000

Check No. 63-7784/2670 #306163
Amount$  6000.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4600
```

United States Treasury Symbol 4600



Fri Apr 14 09:58:29 2000

UNITED STATES DISTRICT COURT

MIAMI           , FL

Receipt No.   401 519104
Cashier           liz

Check Number: 63-7784/2670 #306163

DO Code    Div No
 4600        0

Sub Acct Type Tender     Amount
1:604700   C     2       6000.00
2:604700   C     1       1500.00

Total Amount       $    7500.00

CAROL RODRIGUEZ, 931 SW 87TH AVE, PEMBRO
KE PINES, FL 33025

00-MG-4060/LSS 10% CASH/BD, JESUS VEGA (
SS#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/C RODRIGUEZ)

Fri Apr 14 09:58:29 2000

Check No. 63-7784/2670 #306163
Amount$  6000.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
　　　　Plaintiff,
v.
Jesus Vegas
　　　　Defendant
_____ /

APPEARANCE BOND: _____
CASE NO.: 00-4060-LSS

I, the undersigned defendant and I or we, the undersigned sureties jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay to the United States of America, the sum of
$ 75,000 — 10% Cash deposit

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

1. Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

2. May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: Monroe, Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.

3. May not change his or her present address as recorded on this bond without prior permission in writing from the court. The defendant's present address is:

_____

_____

4. Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

5. Shall not commit any act in violation of state or federal law.

DISTRIBUTION:
　WHITE to Court file
　BLUE to defendant
　GREEN to Assistant U.S. Attorney
　YELLOW to Counsel
　PINK to U.S. Marshal
　GOLD to Pretrial Services

SD/FM-2
REV. 7/90

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgement may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

### SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of three (3) pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this __12__ day of __April__, __2000__, at __Ft Lauderdale__, Florida.

Signed and acknowledged before me:   DEFENDANT: (Signature) _____
WITNESS: _____                ADDRESS: 931 SW 8[?] Ave
ADDRESS: _____                Pembroke Pines ZIP 33025
_____ ZIP _____       TELEPHONE: (954) 457-4891

### CORPORATE SURETY

Signed this _____ day of _____, 19 ___, at _____, Florida.
SURETY: _____                 AGENT: (Signature) _____
ADDRESS: _____                PRINT NAME: _____
_____ ZIP _____       TELEPHONE: _____

### INDIVIDUAL SURETIES

Signed this _____ day of _____, 19 ___, at _____, Florida.
SURETY: (Signature) _____     SURETY: (Signature) _____
PRINT NAME: _____             PRINT NAME: _____
RELATIONSHIP                          RELATIONSHIP
   TO DEFENDANT: _____           TO DEFENDANT: _____
ADDRESS: _____                ADDRESS: _____
TELEPHONE: _____              TELEPHONE: _____

### APPROVAL BY COURT

Date: 7-14-00

_____
UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services

— 3 —