## CRIMINAL MINUTES

FILED by _____ D.C.
SEP 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6137-CR-WPD   DATE: September 29, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Jesus Vega

U.S. ATTORNEY: Teresa Van Vliet   DEFT. COUNSEL: Michael Gottlieb

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence imposed; 84 months BOP, 3 years Supervised Release, $12,500.00 Fine, $200.00 Assessment. Both counts to Run Concurrent. Fine to be paid while in prison & while on Supervised Release. Court recommends designation

JUDGMENT: to FCI Miami, Florida & that deft be given credit for time served.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Deft Informed of Right to Appeal.

