UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6137-CR-WPD

UNITED STATES OF AMERICA.

    Plaintiff,

vs.                            NOTICE OF APPEARANCE

JESUS VEGA,

    Defendant.
_____/

COMES NOW THOMAS F. ALMON, and hereby enters this his Notice of Appearance as attorney of record for the Defendant, JESUS VEGA, for purposes of appeal in the above-styled matter. The Clerk shall please address any future notices accordingly.

                                                Respectfully submitted,

                                                THOMAS F. ALMON
                                                Attorney for Defendant
                                                321 N. E. 26th Street
                                                Miami, Florida 33137
                                                Tel: (305) 576-8568
                                                Fax: (305) 573-6251
                                                Florida Bar #153850

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this __2__ day of October 2000, to Assistant United States Attorney Theresa Van Vliet, 500 E. Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33394-3002

                                                THOMAS F. ALMON

