**FILING FEE**
PAID 52060 - $105.00
In Forma Pauperis
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6137-CR-WPD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                          NOTICE OF APPEAL

JESUS VEGA,

    Defendant.
_____/

COMES NOW the Defendant, JESUS VEGA, by and through his undersigned attorney, and hereby files this his Notice of Appeal to the Eleventh Circuit Court of Appeals from the final judgment and sentence entered in the above-styled matter by the United States District Court, Southern District of Florida, on September 29, 2000.

                                            Respectfully submitted,

                                            THOMAS F. ALMON
                                            Attorney for Defendant
                                            321 N. E. 26th Street
                                            Miami, Florida 33137
                                            (305) 576-8568
                                            (305) 573-6251 FAX
                                            Fla. Bar No. 153850

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this  2  day of October 2000, to Assistant United States Attorney Theresa Van Vliet, 500 E. Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33394-3002

THOMAS F. ALMON