# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA

Plaintiff(s)

vs.

Vecp & Herrera

Defendant(s)

Case No. 00-6137-CR-WPD

FILED by _____ D.C.

OCT 0 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:   ☐ Miami   ☐ Ft. Lauderdale   ☐ West Palm Beach
   Item Nos. _____

☒ Other (Explain): Cassette tapes & depo transcript

☐ Attachments
   (Exhibit List, Order of Court)

EXHIBITS RELEASED
BY: _____
   (Deputy Clerk)

SIGNATURE: _____
PRINT NAME: Ricky V Donate
AGENCY OF FIRM: USAO
ADDRESS: 500 E. Broward Suite 700
TELEPHONE: 356-7255
DATE: 10-4-00

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record