UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

NOV 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 00-6137-CR-WPD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| JESUS VEGA, | ) | |
| | ) | Fort Lauderdale, Florida |
| Defendant. | ) | September 29, 2000 |
| | ) | 11:33 a.m. |

TRANSCRIPT OF SENTENCE

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff            THERESA VAN VLIET, ESQ.
                             Assistant U.S. Attorney

For the Defendant            MICHAEL GOTTLIEB, ESQ.
                             JOHN ADAIR, ESQ.

Reporter                     ROBERT A. RYCKOFF
                             Official Court Reporter
                             299 East Broward Boulevard
                             Fort Lauderdale, Florida 33301
                             954-769-5657

# NOT

# SCANNED

PLEASE REFER TO COURT FILE