UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 00-6137-CR-WPD



FILED by _____ D.C.
DEC 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,    :
                             :
vs.                          :
                             :
ALIPIO HERRERA,              :
JESUS VEGA,                  :
                             :
          Defendant.         :
_____:

                        Monday, July 17, 2000
                        Fort Lauderdale, Florida


                    VOLUME 1 of 5

                     JURY TRIAL

         BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS


APPEARANCES:

For the Government:         THERESA VAN VLIET,
                            Assistant U.S. Attorney

For Defendant Herrera:      DAVID TARLOW, ESQ.

For Defendant Vega:         MICHAEL GOTLIEB, ESQ.
                            JOHN HOWARD ADAIR, III, ESQ.


Court Reporter:             ANITA LaROCCA
                            299 E. Broward Boulevard
                            Fort Lauderdale, Florida

                        **THIS VOLUME:**
                        Pages __1__ - _103_