UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 00-6137-CR-WPD

FILED by _____ D.C.
DEC 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,      :
                               :
vs.                            :
                               :
ALIPIO HERRERA,                :
JESUS VEGA,                    :
                               :
       Defendants.             :
_____:

                                      Tuesday, July 18, 2000
                                      Fort Lauderdale, Florida

VOLUME 2 of 5

JURY TRIAL
**WILLIAM P. DIMITROULEAS**
BEFORE THE HONORABLE /JOSE/ /A/ / /GONZALEZ/ / /JR/ /

APPEARANCES:

| | |
|---|---|
| For the Government: | THERESA VAN VLIET,<br>Assistant U.S. Attorney |
| For Defendant Herrera: | DAVID TARLOW, ESQ. |
| For Defendant Vega: | MICHAEL GOTLIEB, ESQ.<br>JOHN ADAIR, ESQ. |
| Court Reporter: | ANITA LaROCCA<br>299 E. Broward Boulevard<br>Fort Lauderdale, Florida |

THIS VOLUME:
Pages 104 - 360