UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 00-6137-CR-WPD

FILED by _____ D.C.

DEC 1 9 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,   :
                            :
vs.                         :
                            :
ALIPIO HERRERA,             :
JESUS VEGA,                 :
                            :
       Defendants.          :
_____:

Wednesday, July 19, 2000
Fort Lauderdale, Florida


VOLUME 3

JURY TRIAL

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS


APPEARANCES:

For the Government:         THERESA VAN VLIET,
                            Assistant U.S. Attorney

For Defendant Herrera:      DAVID TARLOW, ESQ.

For Defendant Vega:         MICHAEL GOTLIEB, ESQ.
                            JOHN ADAIR, III, ESQ.


Court Reporter:             ANITA LaROCCA
                            299 E. Broward Boulevard
                            Fort Lauderdale, Florida

THIS VOLUME:

Pages 361 - 637

134