UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 00-6137-CR-WPD

UNITED STATES OF AMERICA,  :
                           :
vs.                        :
                           :
ALIPIO HERRERA,            :
JESUS VEGA,                :
                           :
        Defendants.        :
_____:

Friday, July 21, 2000
Fort Lauderdale, Florida

VOLUME 5 - RE: Defendant Vega

JURY TRIAL
**WILLIAM P. DIMITROULEAS**
BEFORE THE HONORABLE J̶O̶S̶E̶/̶A̶/̶/̶G̶O̶N̶Z̶A̶L̶E̶Z̶/̶/̶J̶R̶/̶

APPEARANCES:

For the Government:          THERESA VAN VLIET,
                             Assistant U.S. Attorney

For Defendant Herrera:       DAVID TARLOW, ESQ.

For Defendant Vega:          MICHAEL GOTLIEB, ESQ.
                             JOHN ADAIR, III, ESQ.


Court Reporter:              ANITA LaROCCA
                             299 E. Broward Boulevard
                             Fort Lauderdale, Florida

**THIS VOLUME:**
Pages 758 - 765

136