AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **JESUS VEGA** | Case Number: **0:00CR06137-003** |
| | Michael Gottlieb, Esq./Theresa Van Vliet, AUSA |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☒ was found guilty on count(s) **1,2** after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1951 (a) | Conspiracy to Commit Armed Robbery and Extortion | 03/06/2000 | 1 |
| 18 U.S.C. § 1951 (a) | Attempt to Commit Armed Robbery and Extortion | 03/06/2000 | 2 |

FILED by _____ D.C.

SEP 29 2000

CLARENCE MADDOX
CLERK US DIST CT
S.D. OF FLA. FT. LAUD

The defendant is sentenced as provided in pages 2 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **08/19/1957**
Defendant's USM No.: **55264-004**
Defendant's Residence Address:
**Federal Detention Center**
**33 NE 4th Street**
**Miami** **FL** **33132**

Defendant's Mailing Address:
**Federal Detention Center**
**33 NE 4th Street**
**Miami** **FL** **33132**

**09/29/2000**
Date of Imposition of Judgment

Signature of Judicial Officer

**WILLIAM P. DIMITROULEAS**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

September 29, 2000
Date

DEFENDANT: JESUS VEGA
CASE NUMBER: 0:00CR06137-003

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___84___ month(s)___.

**84 months on each count to run concurrent.**

☒ The court makes the following recommendations to the Bureau of Prisons:

**Tha the defendant receive credit for time served and that he be designated to MCI, Miami, Florida.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ a.m./p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on __12/14/00__ to __FCI YAZ__

at __Yazoo City, MS__, with a certified copy of this judgment.

K. Yusuff Winter
UNITED STATES MARSHAL

By E. White
Deputy U.S. Marshal